Minute Order Form (06/97)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Milton I. Shadur | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 03 C 2468 | **DATE** | 7/9/2003 |
| **CASE TITLE** | Ann Frances Gelso vs. Michael Sheahan, et al | | |

**MOTION:** [In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd party plaintiff, and (b) state briefly the nature of the motion being presented.]

**DOCKET ENTRY:**

(1) ☐ Filed motion of [ use listing in "Motion" box above.]

(2) ☐ Brief in support of motion due ___ ___.

(3) ☐ Answer brief to motion due___ ___. Reply to answer brief due___ ___.

(4) ☐ Ruling/Hearing on _____ set for _____ at _____.

(5) ☐ Status hearing[held/continued to] [set for/re-set for] on _____ set for _____ at _____.

(6) ☐ Pretrial conference[held/continued to] [set for/re-set for] on _____ set for _____ at _____.

(7) ☐ Trial[set for/re-set for] on _____ at _____.

(8) ☐ [Bench/Jury trial] [Hearing] held/continued to _____ at _____.

(9) ☐ This case is dismissed [with/without] prejudice and without costs[by/agreement/pursuant to]
    ☐ FRCP4(m)   ☐ Local Rule 41.1   ☐ FRCP41(a)(1)   ☐ FRCP41(a)(2).

(10) ■ [Other docket entry] Enter Memorandum Order. With those admissions and that denial having properly addressed the corresponding Complaint allegations are meaningless surplusage as well, and are accordingly stricken from the Answer. All that will remain in each instance is the admission or denial of the complaint's allegations, as the case may be.

(11) ■ [For further detail see order attached to the original minute order.]

| | | | | |
|---|---|---|---|---|
| | No notices required, advised in open court. | | | Document Number |
| | No notices required. | | number of notices | |
| ✓ | Notices mailed by judge's staff. | | | |
| | Notified counsel by telephone. | | JUL 10 2003 date docketed | 10 |
| | Docketing to mail notices. | | | |
| | Mail AO 450 form. | | docketing deputy initials | |
| | Copy to judge/magistrate judge. | | 7/9/2003 date mailed notice | |
| SN | courtroom deputy's initials | Date/time received in central Clerk's Office | SN mailing deputy initials | |

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

ANN FRANCES GELSO,

   Plaintiff,

v.  No. 03 C 2468

MICHAEL SHEAHAN, SHERIFF OF COOK
COUNTY, IN HIS OFFICIAL CAPACITY
AND INDIVIDUAL CAPACITY, JAMES
RYAN, OFFICER MOSS, OFFICER MOSLEY,
LT. QUEEN,

   Defendants.

**DOCKETED JUL 1 0 2003**

## MEMORANDUM ORDER

When defense counsel submitted a proposed Answer to the 42 U.S.C. §1983 Complaint brought against them by Ann Gelso ("Gelso"), this Court denied that motion on purely procedural grounds, pointing out orally a number of respects in which the proposed Answer was at odds with some basic principles of federal pleading. Now defense counsel has come up with a revised Answer, but this memorandum order is issued sua sponte to address a flaw that remains in that new response.

Each of Complaint §§2, 13 and 14 is responded to with something that begins in this manner:

  Objection. Calls for legal conclusion.

Answer ¶2 then goes on to refer to that legal conclusion as relating to the construction of the statute cited in Complaint ¶2, while the other two responses characterize the conclusion as being "as to the specifics and the scope of defendants' duties



under the law." But then having done that, Answer ¶2 goes on to
<u>admit</u> the allegations of Complaint ¶2, while Answer ¶¶13 and 14
<u>admit</u> the corresponding Complaint allegations as to defendant
Sheriff Michael Sheahan, and to <u>deny</u> those allegations as to the
Sheriff's Director of Operations James Ryan.

With those admissions and that denial having properly
addressed the corresponding Complaint allegations (see Fed. R.
Civ. P. 8(b)), the purported objections (which are really
irrelevant as a matter of law, see App. ¶2 to <u>State Farm Mut.
Auto. Ins. Co. v. Riley</u>, 199 F.R.D. 276, 278 (N.D. Ill. 2001))
are meaningless surplusage as well, and are accordingly stricken
from the Answer. All that will remain in each instance is the
admission or denial of the Complaint's allegations, as the case
may be.

                                       *[signature]*
                                       Milton I. Shadur
                                       Senior United States District Judge

Date: July 9, 2003